PEOPLE ex rel. BRITTON v. AMERICAN PRESS ASS'N. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Proceeding by the People of the State of New

York, on the relation of William R. Britton, against the American Press Association. No opinion. Motion denied. Order filed. See, also,. 133 N. Y. Supp. 216.